IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| R. DEAN CHASE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AUTO-OWNERS INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants. | 4:14-CV-3085<br><br><br>JUDGMENT |

　　　Upon the parties' Joint Motion to Dismiss with Prejudice (filing 18), this matter is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), the parties to pay their own costs.

　　　Dated this 14th day of November, 2014.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_John M. Gerrard_ (signature)
　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　United States District Judge